United States District Court
Southern District of Texas
**ENTERED**
April 18, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| DAVID TYRONE THOMAS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:18-CV-1 |
| § | |
| RICARDO TORRES, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

The Court has received the Magistrate Judge's March 14, 2018, M&R, Dkt. No. 12, and Plaintiff's objections to the M&R, Dkt. No. 15.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 12. The Court **DISMISSES WITH PREJUDICE** Plaintiff's complaint for failure to state a claim and/or as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). Accordingly, the Court **DIRECTS** the Clerk to send notice of this dismissal to the Manager of the Three-Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

SIGNED this 18th day of April, 2018.

Hilda Tagle
Senior United States District Judge